✎ PS 8
(3/15)

Case 4:16-cr-06031-SMJ   Document 42   Filed 08/09/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Nicely, Michael T. | Docket No. | 0980 4:16CR06031-001 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Michael T. Nicely, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 23 day of June 2016 under the following conditions:

**Condition #19:** **Curfew:** Defendant shall be restricted to Defendant's residence every day from 8:00 p.m. to 6:00 a.m.,unless the United States Probation/Pretrial Services Office grants permission otherwise.

**Condition #20:** **GPS Monitoring:** The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of the United States Probation/Pretrial Services Office. In the event the Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall notify the Court, who may direct the United States Marshal to immediately arrest the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On August 8, 2016, Michael T. Nicely did not return to his residence by 8:00 p.m. as required.

**Violation #2:** On August 8, 2016, Michael T. Nicely did not respond to GPS monitoring and could not be found by the United States Probation Officer.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: August 9, 2016 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Pretrial Services Officer |

PS-8
Re: Nicely, Michael T.
August 9, 2016
Page 2

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

 08/09/2016
Date